## BARKER v. WAYNE CIRCUIT JUDGE.

1. RECEIVERS—ADVERSE INTEREST—REMOVAL.
   A corporation will not be removed as receiver of an insolvent corporation because one of the creditors of the insolvent is a stockholder, director, and president of the receiver.

2. SAME—ANCILLARY PROCEEDING—HEARING—DISCRETION OF COURT.
   The fixing of the time when the petition in a matter ancillary to receivership proceedings shall be brought on for hearing is entirely within the discretion of the court.

*Mandamus* by Jennett M. Barker to compel Willard M. Lillibridge, circuit judge of Wayne county, to remove the Union Trust Company from the position of receiver of the American Eagle Tobacco Company, and to vacate an order fixing the time of hearing upon relator's intervening petition. Order to show cause denied June 14, 1898.

*E. T. Wood*, for relator.

PER CURIAM. The purpose of this petition is to compel

the respondent to remove the receiver, and to vacate an order made May 14th, setting the case for hearing June 20th.

The removal of the receiver was asked because one of the creditors of the American Eagle Tobacco Company is a stockholder, director, and president of the receiver, the Union Trust Company. This is not sufficient cause for removal.

It was within the discretion of the circuit judge to fix the time for hearing. The proceeding of Mrs. Barker is ancillary to the main case, and it is within the discretion of the court to determine when such proceedings shall be heard.

The order to show cause is denied.